UNITED STATES DISTRICT COURT
SOUTHEN DISTRICT OF NEW YORK
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*x

SEAN F. MESCALL,
         *Plaintiff,*

-in opposition to-                          No. 22-cv-4557(LGS)

FEDERAL BUREAU OF PRISONS, et al,
         *Defendant(s)*

---

# RESPONSE TO "ANSWER TO AMENDED COMPLAINT," REQUEST FOR DISCOVERY, INTERROGATORIES or ADMISSIONS OF FACT

## BACKGROUND I.

Attorney for the defendants GEO AND ORTIZ have failed to answer appropriately the truth and allegations promulgated by the Amended Complaint filed by Mescall on August 15th, 2022 because they "lack sufficient information." Mescall is well trained in Federal law and seeks movement forward with respect to the matter including but not limited to trial.

## ARGUMENT II.

Because the adversary failed to respond in a factual clear manner, Mescall agrees with their " lack of sufficient information" therefore moves the Court to issue full discovery including the preceding motion to depose recently filed 01/17/23, and interrogatories under FED. R. CIV. #33(b)(1). Against this backdrop, Ms. Ortiz, and attorney Michael Shay, are both sworn under the Constitution of the United States have yet have no clue what the Eighth amendment is, nor Due Process. Notably, this gives rise to the Court ordering Mescall to promulgate interrogatories, grant the former motion to depose, or both-whichever the Court feels appropriate, fair, equitable and cognizable within the scope of the matter at the expense of the United States.

1

## CONCLUSION III.

Plaintiff Sean F. Mescall seeks an order from the Court for a full panoply of discovery FED. R. CIV. #33(b)(1). Accordingly, let's litigate in a fair equitable manner.

*Sean F. Mescall*

6 Paddock Place
Newburgh, NY 12550
980-920-9563
845-563-0156
sfpatrickmescall@gmail.com

1/21/23

## CERTFIFICATE OF SERVICE

I Sean F. Mescall placed this motion into the regular mail system at the residence on January 21st, 2023. I also sent a copy via email to Mr. Shay and awaiting the Court to grant ECF.

*Sean F. Mescall*

6 Paddock Place
Newburgh, NY 12550
980-920-9563
845-563-0156
sfpatrickmescall@gmail.com

1/21/23

This application, in addition to Plaintiff's request for leave to depose Defendants filed at Dkt. No. 28, are **DENIED** without prejudice to renewal. Discovery will be discussed at the initial pretrial conference scheduled for February 22, 2023, at 4:00 P.M.

Dated: January 25, 2023
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE