

ATTORNEYS AT LAW

February 14, 2023

**VIA ECF**

The Hon. Lorna G. Schofield
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  *Sean Fitzgerald Mescall v. Bronx Residential Center et al.*
 Case No. 1:22-cv-4557 (LGS)

NEW YORK
400 MADISON AVE., 10TH FL
NEW YORK, NEW YORK, 10017
TELEPHONE:(212)213-8844
FACSIMILE: (212)213-3318

NEW JERSEY
51 JFK Parkway
Short Hills, New Jersey 07078
Telephone (973) 379-0038
Facsimile  (973) 379-0048

WWW.ALLYNFORTUNA.COM

> Application **GRANTED**. The initial pretrial conference scheduled for February 22, 2023, is adjourned to **March 8, 2023, at 4:00 P.M.** At that time, the parties shall call 888-363-4749 and use the access code 558-3333. The deadline for the parties to file the joint letter and proposed civil case management plan and scheduling order is extended to **March 1, 2023, at 12:00 P.M.**
>
> Dated:  February 15, 2023
>  New York, New York
>
> *Lorna G. Schofield*
> **LORNA G. SCHOFIELD**
> **UNITED STATES DISTRICT JUDGE**

Dear Judge Schofield:

  This firm represents Defendants Tri-Center and Tri Center Psychiatrist Tina Rendini (collectively, the "TRI Center Defendants"). I respectfully submit this Joint Letter with Michael E. Shay of Lawrence, Worden, Rainis & Bard, P.C., counsel for Defendant Geo Reentry Services LLC (incorrectly sued as Bronx Community Reentry Center and Bronx Reentry Center and Jessica Ortiz) (collectively, the "Geo Reentry Defendants"), in response to Your Honor's December 19, 2022 Order directing the parties to meet and confer and jointly submit a case management order.

  This matter concerns Plaintiff Sean Fitzgerald Mescall ("Plaintiff")'s claims for injunctive relief against Defendant Federal Bureau of Prisons (including its Chief Psychiatrist and Medical Director) (collectively, the "BoP"), the TRI Center Defendants, and the Geo Reentry Defendants. Specifically, Plaintiff desires to be prescribed certain medication to treat Attention Deficit and Hyperactivity Disorder ("ADHD") which is not on the BoP list of approved medications. Neither the TRI Center Defendants nor the Geo Reentry Defendants, which are both under contract with the BoP, are permitted any latitude to prescribe or dispense medications to their patients or residents which are not on the BoP list of approved medications. As it concerns ADHD medication, use of such prohibited medications by patients or residents in the TRI Center or Geo Reentry Defendants' facilities would be a violation of the terms of those patients or residents' release.

  On December 16, 2022, Your Honor extended all Defendants' time to respond to Plaintiffs' Complaint until January 9, 2022. However, the BoP has not appeared in this matter. Until such time as the BoP has appeared, the TRI Center and Geo Reentry Defendants are unable to prepare a complete case management order setting forth discovery in this matter. As the BoP is the only Defendant that is able to directly address Plaintiff's claims for relief, we respectfully request that Your Honor adjourn the telephone conference scheduled for February 22, 2023 at 4:00 pm until such time as the BoP has appeared in this action.


Thank you for your consideration.

| ALLYN & FORTUNA LLP | LAWRENCE, WORDEN, RAINIS, & BARD, P.C. |
|---|---|
| By: /s/ Megan J. Muoio | By: /s/ Michael E. Shay |
| *Attorneys for Defendants Tri-Center and Tri Center Psychiatrist Tina Rendini* | *Attorneys for Defendant Geo Reentry Services LLC* |
| 400 Madison Avenue, Suite 10D | 1755 Pinelawn Road, Suite 308 |
| New York, New York 10017 | Melville, New York 11747 |
| (212) 213-8844 | (631) 694-0033 |
| mmuoio@allynfortuna.com | mshay@lwrlawyer.com |

cc:     Sean Fitzgerald Mescall (via ECF and email)