UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                    :
 SEAN FITZGERALD MESCALL,                           :
                                   Plaintiff,       :
                                                    :            22 Civ. 4557 (LGS)
             -against-                              :
                                                    :                ORDER
 BRONX RESIDENTIAL CENTER, et al.,                  :
                                   Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, the Order, dated February 27, 2023, required the parties to file a proposed

joint letter and case management plan no later than seven days before the initial pretrial

conference;

        WHEREAS, the initial pretrial conference is scheduled for March 22, 2023;

        WHEREAS, on March 15, 2023, the pro se Plaintiff and Defendants each filed a proposed

case management plan;

        WHEREAS, no joint letter providing the information required by the Order at Dkt. No. 22

was filed.  It is hereby

        **ORDERED** that the parties shall file the joint letter by **March 22, 2023, at 12:00 P.M.**  It

is further

        **ORDERED** that the initial pretrial conference scheduled for March 22, 2023, is

adjourned to **March 29, 2023, at 4:00 P.M.**

Dated: March 16, 2023
        New York, New York

                                        _____
                                            **LORNA G. SCHOFIELD**
                                        **UNITED STATES DISTRICT JUDGE**