**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------- X
:
SEAN FITZGERALD MESCALL, :
                        Plaintiff, :
:    22 Civ. 4557 (LGS)
         -against- :
:    ORDER
BRONX RESIDENTIAL CENTER, et al., :
                      Defendants. :
------------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial pretrial conference is scheduled in this action for March 29, 2023, at 4:00 P.M.  It is hereby

**ORDERED** that the conference scheduled for March 29, 2023, at 4:00 P.M., is **adjourned** to **March 29, 2023, at 5:00 P.M.**, on the following conference line: 888-363-4749, access code: 558-3333.

Dated: March 27, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**