UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
SEAN FITZGERALD MESCALL,
                              Plaintiff,

          -against-

BRONX RESIDENTIAL CENTER, et al.,
                           Defendants.
-------------------------------------------------------------X

22 Civ. 4557 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a conference was held on March 29, 2023, at 5:00 P.M.  It is hereby

      **ORDERED** that, by **April 5, 2023**, Defendant Federal Bureau of Prisons shall file a letter with the information discussed at the conference, including, *inter alia*, why the requested medication is not being provided, any concern specific to Plaintiff in providing the medication and whether an exception can be made to the policy.

Dated: March 30, 2023
       New York, New York

                                                         LORNA G. SCHOFIELD
                                                   UNITED STATES DISTRICT JUDGE