DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York
By:   DANA WALSH KUMAR
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: (212) 637-2741
Email: dana.walsh.kumar@usdoj.gov

Application **DENIED** as moot.  Plaintiff was released from confinement on August 23, 2023, and can now obtain a prescription for Adderall on his own.

The Clerk of Court is respectfully directed to close this case.

Dated: August 29, 2023
        New York, New York

*[signature]*

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SEAN FITZGERALD MESCALL,

                Plaintiff,

-v-

FEDERAL BUREAU OF PRISONS, *et al.*,

                Defendants.

22 Civ. 4557 (LGS)

---

      PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in Support of the Motion to Dismiss the Complaint, and the Declaration of Alisha Gallagher and accompanying exhibit attached thereto, Defendants Federal Bureau of Prisons, Federal Bureau of Prisons Chief Psychiatrist, and Federal Bureau of Prisons Medical Director (the "Federal Defendants"), by their attorney, Damian Williams, United States Attorney for the Southern District of New York, hereby move this Court for an order dismissing all claims against the Federal Defendants pursuant to Rule 12(b)(6) or Rule 56 of the Federal Rules of Civil Procedure.

Dated: May 2, 2023
       New York, New York

                                  DAMIAN WILLIAMS
                                  United States Attorney for the
                                  Southern District of New York
                                  *Attorney for Defendant*

By:   /s/ *Dana Walsh Kumar*
        DANA WALSH KUMAR
        Assistant United States Attorney
        86 Chambers Street, 3rd Floor
        New York, New York 10007
        Tel.: (212) 637-2741
        E-mail: Dana.Walsh.Kumar@usdoj.gov